# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**TALISHA VALDEZ, on behalf of herself**
**and others similarly situated, and**
**JENNIFER BLACKFORD on behalf of herself**
**And others similarly situated,**

      **Plaintiffs,**

                                **Civil Action No.**

**v.**

**MICHELLE LUJAN GRISHAM,**
**Officially and Individually, Acting Under the Color of Law,**
**and**
**DAVID SCRASE,**
**Officially and Individually, Acting Under the Color of Law,**

      **Defendants.**

### DECLARATION OF JENNIFER BLACKFORD

I, Jennifer Blackford declare:

1. I am a resident of Rio Rancho, New Mexico.

2. I am a registered nurse employed by Presbyterian.

3. I have not been vaccinated for COVID-19.

4. The August 17, 2021, Public Health Order required that I be terminated if I refuse to be vaccinated for COVID-19.

5. COVID-19 vaccines are not approved by the Food and Drug Administration and are still experiential. Based upon my medical training and my own independent research I am opposed to receiving the EUA covid vaccines.

6. I should not be required to be vaccinated in order to retain my employment in my chosen profession.

7. The August 17, 2021, Public Health Order deprives me of my livelihood and prohibits me from engaging in my chosen profession anywhere in the state of New Mexico.

8. It is my right to choose not to be vaccinated for COVID-19 and it violates my right to bodily integrity under the Fourth Amendment to the United States Constitution and Article II, Section 10 of the New Mexico Constitution to require that in order to keep my job I must inject an experimental EUA vaccine into my body.

9. I am familiar with the contents of the complaint in this matter and I verify that they are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 18th day of August 2021, in Rio Rancho, New Mexico.

*Jennifer Blackford*
Jennifer Blackford