IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TALISHA VALDEZ, on behalf of herself**
**and others similarly situated, and**
**JENNIFER BLACKFORD on behalf of herself**
**And others similarly situated,**

      Plaintiffs,

                                          Civil Action. 1:21-cv-00783-MV-JHR

**v.**

**MICHELLE LUJAN GRISHAM,**
**Officially and Individually, Acting Under the Color of Law,**
**and**
**DAVID SCRASE,**
**Officially and Individually, Acting Under the Color of Law,**

      Defendants.

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given this 13th day of September 2020, pursuant to Fed. R. App. P., Rule and from 28 U.S.C.A. § 1292 that Plaintiffs Jennifer Blackford and Talisha Valdez hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order of this Court (ECF Doc. 18), filed this day, Denying Plaintiffs' Request for Preliminary Injunction.

Respectfully submitted this 13th day of September 2021.

                                            WESTERN AGRICULTURE, RESOURCE
                                            AND BUSINESS ADVOCATES, LLP

                                            */s/ A. Blair Dunn*
                                            A. Blair Dunn, Esq.
                                            Jared R. Vander Dussen, Esq.
                                            400 Gold Ave SW, Suite 1000
                                            Albuquerque, NM 87102

(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I filed the foregoing via the CM/ECF filing system and caused a copy to be served upon counsel for Defendants via email.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.