IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALISHA VALDEZ, on behalf of herself
and others similarly situated, and
JENNIFER BLACKFORD, on behalf of herself
and others similarly situated,

      Plaintiffs,

vs.                                 Case No. 21-cv-783 MV/JHR

MICHELLE LUJAN GRISHAM,
Officially and Individually, Acting Under the Color of Law,
and
DAVID SCRASE,
Officially and Individually, Acting Under the Color of Law,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Tenth Circuit's Mandate issued on June 13, 2024 [Doc. 42], transferring jurisdiction back to this Court. On May 22, 2024, the Tenth Circuit issued an Order and Judgment [Doc. 42-1], which took effect on June 13, 2024. In the Order and Judgment, the Tenth Circuit determined that there is no jurisdiction over Plaintiffs' federal law claims. Doc. 42-1. Accordingly, the Tenth Circuit remanded those claims to this Court for dismissal under Rule 12(b)(1) of the Federal Rules of Civil Procedure. *Id.*

IT IS ORDERED that, in accordance with the Tenth Circuit's Order and Judgment, Plaintiff's federal law claims, as set forth in Counts I through V, are dismissed without prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. A separate, amended final judgment will be entered.

DATED this 24th day of June 2024.

_____
MARTHA VÁZQUEZ
Senior United States District Judge