IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TALISHA VALDEZ, on behalf of herself
and others similarly situated, and
JENNIFER BLACKFORD, on behalf of herself
and others similarly situated,

      Plaintiffs,

vs.

                                          Case No. 21-cv-783 MV/JHR

MICHELLE LUJAN GRISHAM,
Officially and Individually, Acting Under the Color of Law,
and
DAVID SCRASE,
Officially and Individually, Acting Under the Color of Law,

      Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' federal law claims, as set forth in Counts I through V, are dismissed without prejudice and Plaintiffs' state law claims, as set forth in Count VI, are dismissed without prejudice.

                                                                               HONORABLE MARTHA VÁZQUEZ
                                                                               SENIOR UNITED STATES DISTRICT JUDGE